## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03858-DDD-CYC

LEELLEN CONDRY

        Plaintiffs,

v.

ELIZABETH SCHOOL DISTRICT,
DAN SNOWBERGER, in his official and individual capacities,
JOHN ROGERSON, in his official and individual capacities,

        Defendants.

---

### ENTRY OF APPEARANCE FOR DEFENDANTS

PLEASE TAKE NOTICE that Meredith L. McDonald of the law office of O'HAGAN MEYER, PLLC, hereby enters her appearance on behalf of Defendants ELIZABETH SCHOOL DISTRICT, DAN SNOWBERGER, in his official and individual capacities, and JOHN ROGERSON, in his official and individual capacities.

Respectfully submitted this 22nd day of January, 2026.

        *s/ Meredith L. McDonald*
        Meredith L. McDonald, Esq.
        O'HAGAN MEYER, PLLC
        1331 17th Street, Suite 350
        Denver, CO  80202
        303-652-5863
        mmcdonald@ohaganmeyer.com
        ***Attorneys for Defendants***

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of January, 2026, a true and correct copy the foregoing, **ENTRY OF APPEARANCE FOR DEFENDANTS**, was filed and served electronically via the CM/ECF system:

Mari Newman, Esq.
Andy McNulty, Esq.
Madeline Leibin, Esq.
Newman | McNulty, LLC
1490 N. Lafayette Street Suite 304
Denver, CO 80218
mari@newman-mcnulty.com
andy@newman-mcnulty.com
madeline@newman-mcnulty.com
**Attorneys for Plaintiff**

                                                *s/ Ramona Raub*
                                                Ramona Raub, Legal Assistant